# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140807

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re Application of DETROIT EDISON
COMPANY to Increase Rates,

_____

ATTORNEY GENERAL,
        Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
and MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION,
        Appellees,

and

DETROIT EDISON COMPANY,
        Petitioner-Appellee.

_____/

SC: 140807
COA: 296379
MPSC: U-15768

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

y0517